FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CR. NO. 2:06cr122-MEF |
| | ) [18 USC 922(g)(1); |
| KENDALL R. WATSON, | ) 18 USC 924(c)(1); |
| CALVIN CHANCE, and | ) 21 USC 846; |
| SHANNON S. MURPHY | ) 21 USC 841(a)(1)] |

**INDICTMENT**

The Grand Jury charges:

## COUNT 1

From an unknown date to on or about November, 2005, in the Middle District of Alabama, and elsewhere,

> KENDALL R. WATSON,
> CALVIN CHANCE, and
> SHANNON S. MURPHY,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together and with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute approximately 50 or more grams of methamphetamine; and more than 500 grams of a mixture and substance containing a detectible amount of methamphetamine, Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 19, 2005, the exact date being unknown to the Grand Jury, in Deatsville, Alabama, in the Middle District of Alabama, and elsewhere,

> CALVIN CHANCE,

defendant herein, and others both known and unknown to the grand jury, did knowingly and intentionally possess and possess with intent to distribute approximately 75 grams of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3

On or about November 16, 2005, the exact date being unknown to the Grand Jury, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere,

### KENDALL R. WATSON,

defendant herein, and others both known and unknown to the grand jury, did knowingly and intentionally possess and possess with intent to distribute approximately 5 grams of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 4

On or about November 16, 2005, in Montgomery County, Alabama, in the Middle District of Alabama,

### KENDALL R. WATSON,

defendant herein, did knowingly use and carry during and in relation to, and did knowingly possess in furtherance of a drug trafficking crime as set forth in Counts 1 and 3 above, which allegations the Grand Jury reallege and incorporate by reference herein, for which the defendant may be prosecuted in a Court of the United States, a firearm, namely, a Glock, .45 caliber pistol whose serial number is unknown and obliterated. All in violation of Title 18, United States Code, Section 924(c)(1).

### COUNT 5

On or about November 16, 2005, in Montgomery County, Alabama, in the Middle

District of Alabama,

KENDALL R. WATSON,

defendant herein, having been convicted on or about April 27, 1999, in the United States District Court for the Middle District of Alabama of Distribution of Methamphetamine and January 16, 2004, in the Circuit Court of Butler County, Alabama, of unlawful possession of a controlled substance, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, knowingly did possess in and affecting commerce, a Glock .45 caliber pistol whose serial number is unknown and obliterated, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
Leura G. Canary
United States Attorney

_____
Todd A. Brown
Assistant United States Attorney