```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

UNITED STATES OF AMERICA  )
                          )
      v.                     )   CR. NO. 2:06-CR-122-MEF
                          )
KENDALL R. WATSON,        )
CALVIN CHANCE, and        )
SHANNON S. MURPHY         )

<u>UNITED STATES' MOTION TO SUBSTITUTE COUNSEL</u>

    Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Terry F. Moorer as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Todd A. Brown.

    Respectfully submitted this the 8th day of May, 2006.

                                LEURA G. CANARY
                                UNITED STATES ATTORNEY

                                s/Terry F. Moorer
                                TERRY F. MOORER
                                Assistant United States Attorney
                                One Court Square, Suite 201
                                Montgomery, AL 36104
                                Phone: (334)223-7280
                                Fax: (334)223-7135
                                E-mail: terry.moorer@usdoj.gov
                                ASB-1176-O73T

```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
         v.                   )     CR. NO. 2:06-CR-122-MEF
                              )
KENDALL R. WATSON,            )
CALVIN CHANCE, and            )
SHANNON S. MURPHY             )
```

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                         Respectfully submitted,

                                         s/Terry F. Moorer
                                         TERRY F. MOORER
                                         Assistant United States Attorney
                                         One Court Square, Suite 201
                                         Montgomery, AL 36104
                                         Phone: (334)223-7280
                                         Fax: (334)223-7135
                                         E-mail: terry.moorer@usdoj.gov
                                         ASB-1176-O73T