**COURTROOM DEPUTY MINUTES**      **DATE:** May 8, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 2:38 - 3:00

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 2:06cr122-MEF     **DEFT. NAME:** Kendall R. Watson

**USA:** Clark Morris     **ATTY:** Donnie Bethel

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** Tamara Martin

Defendant ___ does ___ does NOT need an interpreter; NAME ___

---

- √ **Kars.** Date of Arrest **5/8/06** or ☐ karsr40
- √ **kia.** Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ **Finaff.** Financial Affidavit executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
- √ **koappted** **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ **20appt.** Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained ___
- ☐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- √ Government's **WRITTEN** Motion for Detention Hrg. filed.
- √ **DETENTION HRG** ☐ held; √ set for **5/12/06 @11:00 a.m.** ; ☐ **Prelim. Hrg** ☐ Set for ___
- ☐ **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ **kodtn.** **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ **kocondrls.** Release order entered. ☐ Deft. advised of conditions of release.
- ☐ **kbnd.** ☐ **BOND EXECUTED** (M/D AL charges) $ ___ Deft released (kloc LR)
- ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- √ **Loc.(LC)** Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ **ko.** Deft. **ORDERED REMOVED** to originating district
- ☐ **kwvprl.** Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ **Karr.** **ARRAIGNMENT** SET FOR: **5/17/06 @ 10:00 a.m.** ☐ **HELD**. Plea of **NOT GUILTY** entered.
  - ☐ **Trial Term** ___ ; ☐ **PRETRIAL CONFERENCE DATE:** ___
  - ☐ **DISCOVERY DISCLOSURES DATE:** ___
- ☐ **Krmknn.** **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ **krmvhrg.** Identity/Removal Hearing set for ___
- ☐ **Kwvspt** **Waiver of Speedy Trial Act Rights Executed**.