IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR122-MEF |
| | ) | |
| KENDALL R. WATSON, | ) | |
| CALVIN CHANCE, | ) | |
| SHANNON S. MURPHY | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the government's Motion to Substitute Counsel, filed on 8 May 2006 (Doc. # 6), is GRANTED.

DONE this 9th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE