IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:06cr122-MEF |
| | ) | |
| KENDALL R. WATSON | ) | |
| CALVIN CHANCE | | |
| SHANNON S. MURPHY | | |

## **ORDER**

Defendants, KENDALL R. WATSON, CALVIN CHANCE and SHANNON S. MURPHY have not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for these defendants be and is hereby set for 17 May 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce for the defendant for the arraignment.

DONE this 9th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE