# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 5/12/06             DIGITAL RECORDING: 11:00 - 11:05

DATE COMPLETED: 5/12/06

USA

vs                                  1:06cr122-MEF

KENDALL R. WATSON

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Clark Morris | | Michael Peterson |

**COURT OFFICIALS PRESENT:**

Wanda A. Robinson, Courtroom Deputy

**PROCEEDINGS:**

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   DETENTION HEARING

| Description | 1:06cr122-MEF: USA vs. Kendall R. Watson: DETENTION HEARING |
|---|---|
| Date | 5/12/2006 |
| Location | |

| Time | Speaker | Note |
|---|---|---|
| 11:01:02 AM | Court | Convenes |
| 11:01:10 AM | Defendant | Requests to Waive Rights to a Detention Hearing |
| 11:01:33 AM | Court | Makes clear the consequences of Defendant waiving his right to a Detention Hearing |
| 11:04:12 AM | Court | Accepts Waiver; Court to enter order that defendant be detained until trial |
| 11:05:14 AM | | Recess |