IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr122-MEF |
| KENDALL R. WATSON | | |
| CALVIN CHANCE | ) | |
| SHANNON S. MURPHY | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the United States' Motion to Withdraw Counsel filed 10 May 2006 (Doc. #24), is GRANTED.

DONE this 12th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE