IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr122-MEF |
| | ) | |
| KENDALL R. WATSON | ) | |

**ORDER**

Upon consideration of the government's motion for detention hearing (Doc. #8), filed on 8 May 2006, the detention hearing was scheduled. The defendant waived his right to a detention hearing in open court. The Court accepted the waiver, therefore the defendant is remanded to the custody of the United States Marshal pending his trial.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE