**COURTROOM DEPUTY MINUTES**  **DATE:** May 17, 2006
**MIDDLE DISTRICT OF ALABAMA**
                                                                **DIGITAL RECORDING:** 10:50 - 10:54

- ☐ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 2:06cr122-MEF    **DEFT. NAME:** Kendall R. Watson

**USA:** Terry Moorer    **ATTY:** Kevin Butler

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:**

Defendant ____ does ____ does NOT need an interpreter; NAME ____

---

- ☐ Kars.   Date of Arrest _____ or ☐ karsr40
- ☐ kia.   Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.   Financial Affidavit executed ☐ to be obtained by PTS; **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-    ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- √ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- √ Karr.   **ARRAIGNMENT** SET FOR: _____  √ **HELD.** Plea of **NOT GUILTY** entered.
-    √ **Trial Term** 9/11/06 ;  √ **PRETRIAL CONFERENCE DATE:** 6/2/06 @ 10:00
-    √ **DISCOVERY DISCLOSURES DATE:** 5/17/06
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- √ Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**