IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 2:06cr122-MEF |
| | ) | |
| KENDALL R. WATSON, CALVIN | ) | |
| CHANCE, and SHANNON S. MURPHY | ) | |
| BONNER. | ) | |

## NOTICE OF APPEARANCE

COMES NOW, James R. Cooper, Jr., Attorney At Law and enters his appearance as counsel for Kendall R. Watson in the above styled cause.

RESPECTFULLY SUBMITTED this 22rd day of May, 2006.

S/James R. Cooper, Jr.
JAMES R. COOPER, JR.(COO021)
Attorney for Kendall R. Watson.

OF COUNSEL:
Cooper & Cooper
312 Scott Street
Montgomery, AL 36104
(334)262-4887
(334)262-4880-Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Notice of Appearance on the following parties or counsels by facsimile, hand delivery or by placing a copy of same in the United States mail, first class postage prepaid and properly addressed on this the 3rd day of April, 2003:

Mr. Todd Brown
AUSA

P.O. Box 197
Montgomery, AL 36101

Inmate Kendall R. Watson
City Jail
320 North Ripley Street
Montgomery, AL 36104


                                                       S/James R. Cooper, Jr.
_____OF COUNSEL