## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr122-MEF |
| | ) | |
| KENDALL R. WATSON | ) | |

## MOTION TO WITHDRAW AND MOTION FOR
## APPOINTMENT OF COUNSEL

**NOW COMES** the Federal Defenders, Middle District of Alabama, by and through undersigned, Kelvin L. Butler, Federal Defenders, Middle District of Alabama, and respectfully moves the Court for an order allowing the Federal Defenders, Middle District of Alabama to withdraw as appointed counsel for Defendant, Kendall R. Watson, because of a conflict of interest.

In addition, undersigned respectfully requests that substitute counsel be appointed for Mr. Watson. CJA Panel Attorney, James Cooper, has agreed to accept appointment of Mr. Watson.

**WHEREFORE**, undersigned counsel respectfully requests an order relieving him as counsel of record and appoint CJA Panel Attorney, James Cooper, as counsel for Defendant.

_____.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:06cr122-MEF** |
| | ) | |
| **KENDALL R. WATSON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Terry Moorer, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

2