IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr122-MEF |
| | ) | |
| KENDALL R. WATSON | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Withdraw Federal Defenders as Counsel of Record and For Appointment of Counsel filed 24 May 2006 (Doc. #43), is GRANTED.

The Office of the Federal Defender is hereby withdrawn as representation for defendant Kendall R. Watson and CJA Panel Attorney James Cooper, Esquire is appointed as to said defendant in all further proceedings in this case.

DONE this 25th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE