| COURTROOM DEPUTY'S MINUTES | DATE: 6/2/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:42 -9:49 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kendall Watson
**CASE NUMBER:** 2:06cr122-MEF　　　　　　　　　**DEFENDANT(S):** Calvin Chance
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Shannon S. Murphy

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Terry F. Moorer | * | James Robert Cooper, Jr. (Watson) |
| | | Timothy Halstrom- (Chance)(NOT PRESENT) |
| | | Banks Thomas Smith (Murphy) |

☐ **DISCOVERY STATUS:**　　　　COMPLETE

☐ **PENDING MOTION STATUS:**
　　　　　　　　　　　　　　　　NONE

☐ **PLEA STATUS:**　　　**Watson-Possible Plea**
　　　　　　　　　　　　　**Chance - Likely Plea**
　　　　　　　　　　　　　**Murphy- To Inform the Court by 6/16/06 of status**

☐ **TRIAL STATUS**
　　　　　　　　　　　**3 Days for Trial**
　　　　　　　　　　　**9/11/06 Trial Term**

☐ **REMARKS:**
**May be some issue as to Watson's competency- Defense Counsel should bring this to the Court's attention as soon as possible;**
**Mr. Banks leaving firm for a different career on 8/1/06; Parties to file a Joint Notice of Intent to Resolve by Plea by 6/16/06 - Court to issue an order (MURPHY ONLY)**