In The United States District Court
Middle District of Alabama
Northern Division

RECEIVED
2006 JUN 13 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America )
vs                       )   2:06cr122-MEF
Kendall R. Watson        )

## Motion to Dismiss Council

Comes now the defendant in the above styled case and moves this Court to dismiss his attorney. This Honorable Court appointed James R Cooper to represent the undersigned.

This defendant shall appear pro se before this Court to demonstrate that current council is not working in his best interest.

Defendant Kendall R Watson prays that this Court will remove present council on the grounds of innefective assistance of council and appoint new representation.

Respectfully submitted on 09 June 2006.

by                    Kendall Watson

Present council has not been served a copy this motion