IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR122-MEF |
| | ) | |
| KENDALL WATSON | ) | |

## ORDER

The defendant filed a pro se Motion To Dismiss Council [sic] on 13 June 2006 (Doc. # 53). For good cause, it is

ORDERED that the defendant and his counsel shall appear before the court for an ex parte conference on 30 June 2006 at 10:00 a.m. in Courtroom 5A of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Marshal having custody of the defendant, shall produce him for the hearing.

DONE this 27th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE