MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 6/30/06

DATE COMPLETED: 6/30/06

USA

vs

KENDALL R. WATSON

DIGITAL RECORDING:

Start: 10:13 a.m.

Stop: 10:_____ a.m.

2:06cr122-MEF

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Terry F. Moorer | | James Robert Cooper, Jr. |

COURT OFFICIALS PRESENT:

Stan Long, Courtroom Deputy

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: HEARING ON MOTION TO DISMISS ATTORNEY

10:13 a.m. Court convenes.
Court enters, then hearing.
10:30 a.m. Court in recess.