**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 11, 2006

## NOTICE OF DEFICIENCY

To:     James R. Cooper, Jr.

From:   Clerk's Office

Case Style:   United States of America vs. Kendall R. Watson, et al.

Case Number:   2:06cr122-MEF

Referenced Pleading:   Motion for Leave to File Out of Time (Doc. #64)

**The above referenced pleading does not contain a signature by counsel.  Please correct document within the next ten days.**