IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06cr122-MEF |
| | ) | |
| KENDALL R. WATSON | ) | |

## ORDER

For good cause, it is

ORDERED that the pretrial conference currently set for 17 July 2006 is RESET to ***18 July 2006 at 9:00 a.m.*** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

All other deadlines shall remain as previously ordered.

DONE this 12th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE