| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: 7/18/06 |
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:00 - 9:07 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr122-MEF    **DEFENDANT(S):** Kendall Watson

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Terry F. Moorer | * | James Cooper |
| | | |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**    COMPLETE

☐ **PENDING MOTION STATUS:**    # 53 Motion to Dismiss Counsel
   # 62 Motion to Suppress

☐ **PLEA STATUS:**

☐ **TRIAL STATUS**
   2 Days for Trial
   9/18/06 Trial Term

☐ **REMARKS:** Courtroom Deputy to check to see if Affidavit in support of Motion to Suppress filed with Clerk's Office, if not Atty. Cooper is to be notified; Attorneys to check schedule for afternoon of 7/27 or 28 for setting of Suppression Hearing and notify Courtroom Deputy; Court will enter an order denying as moot #53 Motion to Dismiss Counsel