IN THE UNITED STATES FEDERAL DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL 14  P 3: 01

DEDRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | \*<br>\*<br>\* |
| vs. | \*   CR. NO. 2:06cr122-MEF<br>\* |
| KENDALL R. WATSON, ET. AL.,<br>Defendants. | \*<br>\* |

AFFIDAVIT

My name is Kendall Watson. I have personal knowledge of the following facts. I am currently being held in the Montgomery City Jail as a federal prisoner. I was stopped in my truck on November 16, 2005, at approximately 1:36 A.M.. An Officer Magnus stopped the truck It was registered to Kendall and Earl Watson. I was driving over to a friend's home at that time. I had done nothing wrong. I was not speeding or violating any traffic laws.

I did not give any police officer permission to search my truck. I did not give them oral permission. As I exited the truck, the officer saw a pistol. He entered the truck without my permission and found the pistol to be an air pistol. The Officer told me to sign a receipt or form which stated that he had gotten the air pistol and had given it back to me. He told me that it was simply a receipt for the gun. He did not say it was a Consent to Search my truck. If I had known it was a Consent Form, I would never have signed it. It was folded over in such a way as to cover up the fact it was a Consent to Search form.

I had no reason to allow the police officer to search my truck. It was not in my best interest to allow him to search my truck.

I will testify at any suppression hearing about the facts and circumstances of that stop on November 16, 2005.

Done this the 13th day of July, 2006.

s/ _Kendall Watson_
Kendall Watson

STATE OF ALABAMA        *

MONTGOMERY COUNTY    *

    Before me the Undersigned Authority, personally appeared Kendall Watson, who due being duly sworn, testified under oath that the facts related above are true and correct to the best of his knowledge.

    Done this the 13th Day of July, 2006.

s/ _____
Notary Public
My Commission Expires: 2/28/10

RESPECTFULLY SUBMITTED,

s/ _____
James R. Cooper, Jr. (COO021)
COOPER & COOPER
312 Scott Street
Montgomery, Alabama 36104
(334) 262-4887
(334) 262-4880 (Facsimile)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 13th day of July, 2006, I have served a copy of the foregoing Motion for Leave Upon Mr. Terry Moorer, P.O. Box 197, Montgomery, Al 36101  By placing a copy of the same in the United States Mail properly addressed and postage prepaid or electronically.

s/ _____
James R. Cooper, Jr.

cc:
Kendall Watson
Montgomery City Jail
P.O. Drawer 159
Montgomery, Al 36104