IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CR122-MEF |
| | ) | [WO] |
| KENDALL WATSON | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Dismiss Counsel, filed on 13 June 2006 (Doc. # 53), is DENIED as moot.

DONE this 18th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE