IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr122-MEF |
| KENDALL R. WATSON | ) | |

## **ORDER**

The defendant filed a Motion to Suppress on 6 July 2006 (Doc. #62).

Accordingly, it is ORDERED that the parties shall appear for a hearing on the motion on 27 July 2006 at 2:00 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk shall provide a court reporter for this proceeding.

DONE this 18th day of July 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE