MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED:   7/27/06             DIGITAL RECORDING: 2:04 - 3:31

DATE COMPLETED:   7/27/06

USA                                *

vs                                 *        2:06cr122-MEF

KENDALL R. WATSON                  *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | James Robert Cooper, Jr. |

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Jimmy Dickens, Court Reporter
George Barry, Law Clerk

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:   Suppression Hearing

SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | 2:06cr122-MEF: USA vs. Kendall R. Watson: Suppression Hearing | |
|---|---|---|
| Date | 7/27/2006 | Location |

| Time | Speaker | Note |
|---|---|---|
| 2:04:24 PM | Court | Convenes; Witnesses Sworn |
| 2:05:41 PM | Government | Informs the Court that the validity of stop is the only issue of the hearing; Calls 1st Witness Andrew Magnus; Witness testifies |
| 2:17:54 PM | Court | Government Exhibit 1 is admitted |
| 2:20:01 PM | | Testimony continues |
| 2:21:30 PM | Government | No further questions for the Witness |
| 2:21:49 PM | Defense | Cross-Examines Witness Magnus |
| 2:28:33 PM | Court | Questions Witness |
| 2:28:52 PM | Defense | Continues Cross-Examination |
| 2:32:02 PM | Court | Questions Witness |
| 2:36:36 PM | Defense | Continues Cross-Examination |
| 2:50:14 PM | Government | Re-Directs Witness |
| 2:53:16 PM | Government | No further questions |
| 2:53:25 PM | Court | Questions Witness |
| 2:57:00 PM | Government | Further questions witness |
| 2:57:22 PM | Defense | No further questions |
| 2:57:29 PM | | Witness Excused |
| 2:57:41 PM | Government | Rests |
| 2:59:02 PM | Defense | Calls Defendant Kendall Watson; Witness testifies |
| 3:07:26 PM | | No further questions |
| 3:07:35 PM | Government | Cross-Examines Witness |
| 3:22:46 PM | Government | No more questions for this witness |
| 3:22:56 PM | Defense | No further questions |
| 3:23:03 PM | Court | Questions Defense Counsel; Needs timeline of stop |
| 3:23:54 PM | Goverment | Responds; Requests permission to supplement the record |
| 3:26:44 PM | Court | Government to Supplement records to show time defendant checked into Sheriff's Dept |
| 3:27:09 PM | Defense | Has no further witnesses |
| 3:27:59 PM | Government | There is no video of the stop |
| 3:28:53 PM | Court | Questions Witness Magnus regarding radio transmissions |
| 3:29:19 PM | Court | Request Government to Supplement Record with Documentary Evidence to include radio transmission of time of arrival to police station, radio transmission of the stop, radio transmission of officers arrival to scene to take defendant away; and radio transmission requesting a car to pick defendant up |
| 3:31:19 PM | | Court in Recess |