AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

USA

V.

KENDALL R. WATSON

**GOVERNMENT'S EXHIBIT LIST**

Case Number: 2:06cr122-MEF

| PRESIDING JUDGE<br>VANZETTA PENN MCPHERSON | GOVERNMENT'S ATTORNEY<br>Terry F. Moorer | DEFENDANT'S ATTORNEY<br>James Robert Cooper, Jr. |
|---|---|---|
| TRIAL DATE (S)<br>Suppression Hearing 7/27/06 | COURT REPORTER<br>Jimmy Dickens | COURTROOM DEPUTY<br>Wanda A. Robinson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/27/06 | x | x | Consent to Search |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages


GOVERNMENT EXHIBIT 1

DATE 11-16-05

TIME 0143

I, **KENDALL R WATSON**, have been informed of my constitutional rights not to have a search made of the premises hereinafter mentioned without a search warrant, and of my right to refuse to consent to such a search hereby authorize **CPL. A.E. MAGNUS** and **CPL. M. MARA** K-9 OFFICERS ~~detectives~~ of the Montgomery Police Department, Montgomery, Alabama, to conduct and complete a search of my **VEHICLE** ~~premises located at~~ **300 BLK CARROL HILL DR (324) / 4A03480-97-DODGE RAM**

These detectives are authorized by me to take from my premises any _____ which they may desire.

This written permission is being given by me to the above named OFFICERS ~~detectives~~ voluntarily and without threat or promises of any kind.

*/s/ K. Watson*

WITNESSES:

*CPL /s/ 042*

113