# MONTGOMERY P. D. NCIC/ACJIC RETURNS

```
Montgomery Police Department     AEGIS PUBLIC SAFETY SYSTEM                PAGE      1
DATE 07/27/2006                        INCIDENT REPORT                     PL1190
TIME 16:01:59                                                              SS090
-------------------------------------------------------------------------------------
INCIDENT #: 2005-00228869   ORI #: MPD             INCIDENT TYPE:  10U P 10U


LOCATION    . : 300 CAROL VILLA DR                  VENUE: Montgomery
NATURE OF CALL: BLK SPRAY PAINTED DODGE RAM PU TRUCK

              DATE:         TIME:
CALL    . . : 11/16/2005    1:38:11   Wednesday
DISPATCH  . : 11/16/2005    1:38:11
ARRIVE 1  . : 11/16/2005    1:38:11
DEPART 1  . : 11/16/2005    4:20:55
CLEAR . . . : 11/16/2005    6:47:12

AREA    . : Dist.  6      SECTION : Grid 0606       BEAT: Dist. 6
QUADRANT: 504             DISTRICT: 504             GRID:

UNIT 1 #: 147        ID # 1: MAGNUS,ANDREW,EDWARD,   ID # 2:
UNIT 2 #: 144        ID # 3: MARA,MATTHEW,GEORGE,    ID # 4:

RECEIVED ORI/ID : M.D.O.C.   JOHNSON,NATASHA,M,
DISPATCH ORI/ID : M.D.O.C.   JOHNSON,NATASHA,M,
DISPATCH SHIFT  : 3rd Shift
SOURCE    . . . : Radio         REPORT REQUIRED: YES      MUTUAL AID:
DISPOSITION . . : 99 Oth Act    PRIORITY . . . : 1        CLEARED BY: RD060D
LICENSE PLATE . : 4A0348D       LICENSE STATE  :     AL

  ORIGINAL INFORMATION:
    LOCATION : 300 CAROL VILLA DR                           VENUE: Montgomery
    INCD TYPE: 10U P 10U              PRIORITY: 1

  STATUS/DISPOSITIONS:
    DISPOSITION:  UNIT:  DATE:         TIME:     ID # 1: / ID # 2:
    66 Ast Unt    144    11/16/2005    2:42:13   MARA,MATTHEW,GEORGE,
    66 Ast Unt    321    11/16/2005    2:42:13   BROSIUS,JASON,L,
    66 Ast Unt    305    11/16/2005    3:32:59   TATE,GEORGE,,
                                                 MOYE,JEANNE,LOUISE,
    99 Oth Act    140    11/16/2005    5:47:44   LORIA,ANTONIO,,

    99 Oth Act    147    11/16/2005    6:47:12   MAGNUS,ANDREW,EDWARD,

  RADIO LOG:
    UNIT:   TYPE:   STATUS:        DISPATCH:   ARRIVE:    CLEAR:        ID # 1:
    147     K-9     Arrive                     1:38:11                  MAGNUS,ANDREW,EDWAR
    144     K-9     Arrive                     1:52:08                  MARA,MATTHEW,GEORGE
    321     3RD     Dispatch       2:10:00                              BROSIUS,JASON,L,
    144     K-9     Check-In                   2:10:03                  MARA,MATTHEW,GEORGE
    305     3RD     Dispatch       2:30:34
    305     3RD     Arrive                     2:32:14
    140     K-9     Arrive                     2:34:08                  LORIA,ANTONIO,,
    321     3RD     Arrive                     2:34:23                  BROSIUS,JASON,L,
    147     K-9     1016or1011                 2:38:55                  MAGNUS,ANDREW,EDWAR
            SEC. LOC.: HQ
    305     3RD     1016or1011                 2:39:23
            SEC. LOC.: A15 HQ
```

## ATTACHMENT "A"

RESTRICTED - NOT FOR RELEASE OUTSIDE LAW ENFORCEMENT