## DECODING

UNIT      Indicates numbers assigned to Officer. (147 is Magnus, Andrew Edward).

TYPE      Indicates the description of work assignment (K-9, officer works with a trained dog).

STATUS      Indicates what the officer was doing at the time stated (i.e. arrive, check-in, etc.)

DISPATCH      Indicates what the dispatcher did at the time stated (call-out to other officers in the area).

ARRIVE      Indicates the time of arrival/departure to and from the location in question.

<u>United States v. Kendall Watson</u>

| | |
|---|---|
| 147 put out on call at | 1:38:11[1] |
| 321 call by 147 to transport subject to headquarters | 2:10:03 |
| 140 (supervisor) arrives on scene | 2:34:08 |
| 321 arrives on scene to transport | 2:34:23 |
| 147 in route to headquarters | 2:38:55 |
| 305 in route to headquarters with subject | 2:39:23 |

# ATTACHMENT "B"

---

[1]     1:38:10 indicates 1:30 a.m., and ten seconds.