| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 8/21/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:08 - 9:09 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:06cr122-MEF | **DEFENDANT(S):** Kendall Watson |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Terry F. Moorer | * | James Cooper |
| | | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**   COMPLETE


❏ **PENDING MOTION STATUS:**
   # 62 Motion to Suppress


❏ **PLEA STATUS:**   No Negotiations at this time


❏ **TRIAL STATUS**
   2 Days for Trial
   9/18/06 Trial Term

❏ **REMARKS:**   Counsel await recommendation on #62 Motion to Suppress