COURTROOM DEPUTY MINUTES    DATE:  9/6/06    DIGITAL RECORDING: 9:18 - 9:37

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER:    Jimmy Dickens

❑ARRAIGNMENT    xCHANGE OF PLEA    ❑CONSENT PLEA

❑RULE 44(c) HEARING    ❑SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson* | **DEPUTY CLERK:**  *WANDA ROBINSON* |
| **CASE NUMBER:**  *2:06cr122-MEF* | **DEFENDANT NAME:** *Kendall R. Watson* |
| **AUSA:** *Terry F. Moorer* | **DEFENDANT ATTY:**  *James Robert Cooper, Jr.* |

Type Counsel:    ( ) Waived;  ( ) Retained;  (X ) Panel CJA;  ( ) CDO

**USPO:**    Al Lancaster

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?**  __x__ **NO** _____ **YES**    **Name:** _____

—  This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

—  WAIVER OF INDICTMENT executed and filed.

—  MISDEMEANOR INFORMATION filed.

—  Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❑ Not Guilty    ❑Nol Contendere

❑Not Guilty by reason of insanity

√❑Guilty as to:

√❑Count(s) __1, 4__  of the Felony Indictment.

√❑Count(s) __3, 5__  ❑ dismissed on oral motion of USA;

√❑ to be dismissed at sentencing

√ —  **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 4**

√ —  Written plea agreement filed. ❑ **OPEN/ORAL** Plea Agreement. ❑ **ORDERED SEALED.** ❑ No Plea

Agreement entered

—  _____ Days to file pretrial motions. ❑ _____ Trial date or term.

—  **ORDER:** Defendant Continued under ❑ same bond ; ❑ Released on Bond & Conditions of Release

❑ summons; for:

❑ Trial on _____;  ❑ Sentencing on _____  ❑_____Bond  ❑ to be set by Separate Order

√ —  **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Posting a $_____ Bond;

❑ Trial on _____; or  √❑ Sentencing √❑ set by separate Order.

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed. ❑ Detention requests time to secure new counsel.