IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:06-cr-122-MEF |
| ) | |
| KENDALL R. WATSON  ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on September 8, 2006 (Doc. #112), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE of the court that defendant's motion to suppress (Doc. #62) is DENIED.

DONE this 20th day of September, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE