IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-122-MEF |
| | ) | |
| KENDALL WATSON | ) | |

**GOVERNMENT'S MOTION TO AWARD 3 POINTS TO DEFENDANT
FOR ACCEPTANCE OF RESPONSIBILITY
PURSUANT TO § 3E1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. The Defendant timely notified the United States he intended to enter a plea of guilty. An Indictment was filed in the Middle District of Alabama against Defendant and the defendant promptly pleaded guilty.

2. Pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility, such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

Respectfully submitted, this the 20th day of November, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Terry F. Moorer
TERRY F. MOORER    ASB-1176-O73T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280  Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-122-MEF |
| | ) | |
| KENDALL WATSON | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James R. Cooper, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T