IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>KENDALL R. WATSON, )<br>CALVIN CHANCE, and )<br>SHANNON S. MURPHY ) | CR. NO. <u>2:06-CR-122-MEF</u> |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney A. Clark Morris as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney and now U.S. Magistrate Judge Terry F. Moorer.

Respectfully submitted this the 12th day of January, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A

**MOTION GRANTED**
THIS 7th DAY OF February, 2007
_____
MARK E. FULLER
UNITED STATES DISTRICT JUDGE