IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-122-MEF |
| | ) | |
| KENDALL WATSON | ) | |

## **O R D E R**

Upon consideration of Defendant's Motion to Continue Sentencing (Doc. #138) filed on March 5, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for March 14, 2007 is continued to May 31, 2007 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE