IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-122-MEF |
| | ) | |
| KENDALL R. WATSON | ) | |

## **O R D E R**

Upon consideration of the government's Unopposed Motion to Continue Sentencing (Doc. #144) filed on May 29, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case on May 31, 2007 is continued to August 8, 2007 at 2:00 P.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 30th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE