AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: KENDALL R. WATSON
CASE NUMBER: 2:06CR122-MEF-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

One hundred forty four (144) months. This term consists of 84 months on Count 1, and 60 months on Count 4 to be served consecutively.

X  The court makes the following recommendations to the Bureau of Prisons:
   **The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.
   The Court further recommends that defendant be housed in a facility where defendant will have no contact with anyone that defendant testified against and provided information on.**

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**NOV 20 2007**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 10/09/07 to FCC Yazoo City
at Yazoo City, MS , with a certified copy of this judgment.

Constance Reese, Warden
~~UNITED STATES MARSHAL~~

By _____, ISO
~~DEPUTY UNITED STATES MARSHAL~~